IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:05-cr-00165 |
| | ) | Judge Trauger |
| SAMUEL MARK HOPPER | ) | |
| | ) | |

**O R D E R**

It is hereby ORDERED that a hearing shall be held on the Superseding Petition to Revoke Supervision (Docket No. 60) on Friday, April 21, 2017 at 1:30 p.m.

It is so **ORDERED**.

ENTER this 10th day of April 2017.

_____
ALETA A. TRAUGER
U.S. District Judge

1